UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIAM AND BEVERLY VATTER, | * | CASE NO. 3:15-CV-00326-JWD-SCR |
| AS STATUTORY CLASS MEMBERS | * | |
| FOR KAREN CHESTER, DECEASED | * | |
| AND TONYA CARMEN | * | |
| AND MARK CHESTER, AS | * | |
| STATUTORY CLASS MEMBERS | * | |
| FOR RICKY CHESTER, DECEASED | * | |
| | * | |
| VERSUS | * | |
| | * | |
| NAVISTAR INTERNATIONAL | * | |
| CORPORATION, NAVISTAR INC., | * | |
| DARREN ROBINSON, AND | * | |
| RYDER TRUCK RENTAL L/T | * | |

*************************************************************************

## COUNTER CLAIM / RECONVENTIONAL DEMAND

**NOW INTO COURT**, through undersigned counsel, come Ryder Truck Rental L/T and its subrogee, State Farm Mutual Automobile Insurance Company, who file this Counter Claim / Reconventional Demand as follows:

Assuming the position of Plaintiffs-in-Counter Claim / Reconvention, Movers represent the following:

1.

Made Defendants-in-Counter Claim / Reconvention are William and Beverly Vatter, as Statutory Class Members for Karen Chester, Deceased, and Tonya Carmen and Mark Chester, as Statutory Class Members for Ricky Chester, Deceased, all of the full age of majority, who have filed a lawsuit over and against Ryder Truck Rental L/T on the main Demand and are represented by Aub A. Ward and Adam W. Graves, their attorneys of record.

1



Further Made Defendants-in-Counter Claim / Reconvention are Greenwood Motor Lines, Inc. d/b/a R&L Transfer, now consolidated with Greenwood Motor Lines, Inc. d/b/a R&L Carriers, a Foreign Corporation, domiciled in Wilmington Ohio, and Protective Insurance Company, a Foreign Corporation, domiciled in Carmel, Indiana, as the liability insurers of Karen Chester, Deceased, and Ricky Chester, Deceased (Policies #B11321, X-1937, X-1863, and any and all other policies or renewals of policies that may be applicable for the accident occurring May 2, 2014).

2.

Plaintiffs, William and Beverly Vatter, as Statutory Class Members for Karen Chester, Deceased, and Tonya Carmen and Mark Chester, as Statutory Class Members for Ricky Chester, Deceased, have filed suit against Ryder Truck Rental L/T, Defendant in the main Demand, alleging various causes of action including, but not limited to, survivorship and wrongful death action for an accident occurring May 2, 2014.

3.

Ryder Truck Rental L/T and its subrogee, State Farm Mutual Automobile Insurance Company, reconvene for property damage to the tractor / trailer driven by Darren Robinson and owned by Ryder Truck Rental L/T as a result of the accident caused by the Plaintiffs and sued upon in the main Demand.

4.

State Farm Mutual Automobile Insurance Company, as subrogee of Ryder Truck Rental L/T, has paid for the total loss of the tractor, that being a 2014 Freightliner Cascadia, driven by Darren Robinson, and owned by Ryder Truck Rental L/T, said amounts being $121,426.09 for

the tractor, $9,939.75 for the tractor towing, storage, and wreckage, $8,606.75 for the trailer towing, storage, and wreckage, and $19,374.75 for the total loss of the trailer, for a combined total loss of $159,347.34, all caused by the negligence of Plaintiff in the main Demand, Karen Chester (Deceased).

The negligence and fault of Karen Chester (Deceased), driving a 2007 International tractor/trailer, consists of, but is not limited to, the following:

(a)    Following too closely and running into the rear of another vehicle;

(b)    Failing to maintain control of the vehicle; and

(c)    Failing to generally maintain the standard of care required in the type of situation which presented prior to the accident at hand.

Said acts of negligence and fault of Karen Chester (Deceased) caused the loss of property and damage enumerated above.

5.

State Farm Mutual Automobile Insurance Company is legally and conventionally subrogated to the extent of payments made by State Farm Mutual Automobile Insurance Company as the subrogee of Ryder Truck Rental L/T for losses associated with the tractor/trailer driven by Darren Robinson and owned by Ryder Truck Rental L/T.

**WHEREFORE,** Plaintiffs-in-Counter Claim / Reconvention, Ryder Truck Rental L/T and its subrogee, State Farm Mutual Automobile Insurance Company, pray that this Counter Claim / Reconventional Demand be filed and after due proceedings be had, there be judgment herein in favor of Ryder Truck Rental L/T and its subrogee, State Farm Mutual Automobile Insurance Company, for all sums State Farm Mutual Automobile Insurance Company paid for

the loss and destruction of the tractor/trailer driven by Darren Robinson and owned by Ryder Truck Rental L/T, for damages with legal interest from the date of judicial demand until paid, and for all costs of these proceedings.

Respectfully Submitted:

s/Richard S. Thomas

Richard S. Thomas, #12811
Attorney for Defendants, Darren Robinson
and Ryder Truck Rental L/T
Thomas Law Firm, L.C.
13312 Perkins Road
Baton Rouge, LA 70810
Phone: (225) 767-6225
Fax: (225) 767-6292
E-mail: r_s_thomas@msn.com

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

# CERTIFICATE OF SERVICE

I hereby certify that on _____, a copy of the foregoing Counter Claim / Reconventional Demand was filed electronically with the Clerk of court using the CM/ECF system. Notice of this filing will be sent to Aub A. Ward and Adam W. Graves, Counsel for Plaintiffs, and Robert William Maxwell (Counsel for Navistar International Corporation and Navistar, Inc.) by operation of the court's electronic filing system and I have also mailed a copy to them by United States Postal Service. I also certify that I have mailed by United States Postal Service (Certified Mail, Return Receipt Requested) this filing to the following non-CM/ECF participants:

**Via Certified Mail, Article #_____, Return Receipt Requested**
Greenwood Motor Lines, Inc. d/b/a R&L Transfer,
now consolidated with Greenwood Motor Lines, Inc. d/b/a R&L Carriers
(Policies #B11321, X-1937, X-1863, and any and all other policies or renewals of policies that may be applicable for the accident occurring May 2, 2014)
--through its Agent for Service of Process--
CT Corporation System
150 West Market Street, Suite 800
Indianapolis, IN 46204

**Via Certified Mail, Article #_____, Return Receipt Requested**
Protective Insurance Company
(Policies #B11321, X-1937, X-1863, and any and all other policies or renewals of policies that may be applicable for the accident occurring May 2, 2014)
--through its Agent for Service of Process--
CT Corporation System
150 West Market Street, Suite 800
Indianapolis, IN 46204

        s/Richard S. Thomas

_____
Richard S. Thomas, #12811
Attorney for Defendants, Darren Robinson
and Ryder Truck Rental L/T
Thomas Law Firm, L.C.
13312 Perkins Road
Baton Rouge, LA 70810
Phone: (225) 767-6225
Fax: (225) 767-6292
E-mail: r_s_thomas@msn.com